

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00514-CV

### IN THE INTEREST OF R.E.S. and R.K.S., CHILDREN

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-04448
Honorable Gloria Saldaña, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee Robert Scott Story recover his costs of this appeal from appellant Kirsten Quimby.

SIGNED December 9, 2015.

_____
Jason Pulliam, Justice